IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEWAGE SUPLLY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | Case No. 25-cv-00596<br><br>Judge Sharon J. Coleman<br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION, CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff NewAge Supply, Inc. ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in **Exhibit 1**[1] who have been successfully served by February 18, 2025, enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), and Illinois law. A Memorandum of Law in Support is filed concurrently.

Dated: February 24, 2025

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

---

[1] Exhibit 1 is a reduced list of the Defendants originally listed on Schedule A. The unlisted Defendants either have not been served or have settled and have been dismissed.

1