**Exhibit 1**

| | Merchant Name | Merchant ID | Marketplace | Merchant URL | Business Name/Address | Product IDs |
|---|---|---|---|---|---|---|
| 1 | CosyEasy | A36H50S1RJQMKM | Amazon | https://www.amazon.com/sp?ie=UTF8&seller=A36H50S1RJQMKM&asin=B08YDD7CP3&ref_=dp_merchant_link&isAmazonFulfilled=1 | shenzhenshiyipingekejiyouxiangongsi - 西乡街道国汇通商务大厦 403 深圳市 宝安区 广东省 518126 | B08YDD7CP3 |
| 3 | MBODY | APSSVQNHLH76Z | Amazon | https://www.amazon.com/sp?ie=UTF8&seller=APSSVQNHLH76Z&asin=B0BNPHRNBK&ref_=dp_merchant_link&isAmazonFulfilled=1 | Liu Bicheng - 广厦街道 金禧花园金枫苑1幢604房 汕头市 金平区 广东省 515000 CN | B0BNPHRNBK |
| 4 | barkans | barkans | eBay | https://www.ebay.com/str/barkans?_trksid=p4429486.m3561.l161211&_tab=about | barkans - Israel | 375513090255 |
| 5 | baruch_shop_il9 | baruchshopil9 | eBay | https://www.ebay.com/str/baruchshopil9?_trksid=p4429486.m3561.l161211&_tab=about | barba-8175 - Israel | 375496961803 |
| 6 | Everything Supply | everythingsupply | eBay | https://www.ebay.com/str/everythingsupply?_trksid=p4429486.m3561.l161211&_tab=about | everythingsupply - Canada | 134176846245 |
| 7 | josh_store121 | joshstore121 | eBay | https://www.ebay.com/str/joshstore121?_trksid=p4429486.m3561.l161211&_tab=about | josh-15-9 - Israel | 126535983027 |
| 8 | michushkat-0 | michushkat0 | eBay | https://www.ebay.com/str/michushkat0?_trksid=p4429486.m3561.l161211&_tab=about | michushkat-0 - Israel | 364923992557 |
| 9 | DancingRoom | 101133944 | Walmart | https://www.walmart.com/seller/101133944?itemId=514 | Business Name: shenzhen xie xue bin ke ji you xian | 5147226777 |

| | Merchant Name | Merchant ID | Marketplace | Merchant URL | Business Name/Address | Product IDs |
|---|---|---|---|---|---|---|
| | | | | 7226777&pageName=item&returnUrl=%2Fip%2FPull-Handle-Resistance-Band-Handles-Muscle-Builder-Exercise-Tools-Pro-Fitness%2F5147226777%3FclassType%3DREGULAR%26selectedSellerId%3D101133944%26from%3D%2Fsearch | gong si - Room 505, 5th Floor, Building 2, No. 100, Keyuan West Road, Pinghu Street, Longgang District, Shenzh Shenzhen, GD 518000, CN | |
| 10 | hecxina | 101685538 | Walmart | https://www.walmart.com/seller/101685538?itemId=12828873862&pageName=item&returnUrl=%2Fip%2FMax-Pro-Fitness-Adjustable-Workout-Benches-Home-Gloves-Winter-Heated-Sunny-Mini-Exercise-Bike-Work-Portab-Leg-Invincible%2F12828873862%3FclassType%3DVARIANT%26selectedSellerId%3D101685538%26from%3D%2Fsearch | DongGuanShihuihuanbaihuoyouxianGongsi - GuangDongSheng DongGuanShi humenzhenxiamiaodabantian sanshiqixiang2hao201fang DongGuanShi, GD 523165, CN | 1282887386 |
| 11 | IOQPWUT | 101661275 | Walmart | https://www.walmart.com/seller/101661275?itemId=5851285861&pageName=item&returnUrl=%2Fip%2FMens-Summer-Tight-Fitting-Training-Wear-Short-Sleeve-PRO-Fitness-Set-Quick-Drying-Sportswear%2F5851285861 | guangzhouyichangjiancaiyouxiangongsi - tianhequxintangdajie3hao6dong402fangC108(jinxianbangong) guangzhoushi, GD 510000, CN | 5851285861 |
| 12 | JANDEL | 101043438 | Walmart | https://www.walmart.com/se | Shenzhen Jianantiyu | 251167146 |

| | Merchant Name | Merchant ID | Marketplace | Merchant URL | Business Name/Address | Product IDs |
|---|---|---|---|---|---|---|
| | | | | ller/101043438?itemId=251167146&pageName=item&returnUrl=%2Fip%2FWomen-s-Pro-Fitness-Sports-Tights-Stretch-Long-sleeve-Quick-drying-Compression-T-shirts-Running-Yoga-Training-Clothes%2F251167146 | Fazhan Youxian Gongsi - Room 201,Area A, Building 6,Huike Industrial Park Shilong Community, Shiyan Street, Baoan District Shenzhen, GD 518000, CN | 651622346 281153243 423000373 |
| 13 | Nagedi | 101638515 | Walmart | https://www.walmart.com/seller/101638515?itemId=12344259646&pageName=item&returnUrl=%2Fip%2FAbdominal-Exercise-Roller-Abdominal-Exercise-Trainer-Pro-Fitness-Equipment-Fitness-Device%2F12344259646%3FclassType%3DREGULAR%26selectedSellerId%3D101638515%26from%3D%2Fsearch | guangzhou nagedi maoyiyouxiangongsi - (Office only)Room D01, Room 612, No. 660, Huangpu Avenue, Tianhe District Guangzhou , GD 510000, CN | 1234425964 |
| 14 | Pavodes | 101566381 | Walmart | https://www.walmart.com/seller/101566381?itemId=12219019171&pageName=item&returnUrl=%2Fip%2FAbdominal-Exercise-Trainer-Pro-Fitness-Equipment-Beginner-s-Fitness-Equipment-Abdominal-Wheel-Roller%2F12219019171%3FclassType%3DREGULAR%26selectedSellerId%3D101566381%26from%3D%2F | shenzhenshi dawodesi keji youxiangongsi - North 285, Building 23, Keyuan West, No. 1, Kezhi West Road Science Park Community, Yuehai Street, Nanshan District Shenzhen, GD 518000, CN | 1221901917 |

| | Merchant Name | Merchant ID | Marketplace | Merchant URL | Business Name/Address | Product IDs |
|---|---|---|---|---|---|---|
| 15 | QWIOERUIOQT | 101644014 | Walmart | https://www.walmart.com/seller/101644014?itemId=6174309372&pageName=item&returnUrl=%2Fip%2FMens-Summer-Tight-Fitting-Training-Wear-Short-Sleeve-PRO-Fitness-Set-Quick-Drying-Sportswear%2F6174309372%3Ffrom%3D%2Fsearch | shenzhenshikeshankejiyouxiangongsi - baoanquhangchengjiedaozhongwushequhangchengjiedaohangkonglulingxiuhuayuanD,EzuoDzuo2804 shenzhenshi, GD 518000, CN | 6174309372 6191452901 5841299402 5848238495 6177321533 6190813523 6171408947 6174505978 5849088198 5852027595 5841532006 6166558413 5847037565 6181004234 6171408354 |
| 16 | Shenzhenshi Yiyuantai Co.Ltd | 101124100 | Walmart | https://www.walmart.com/seller/101124100?itemId=748885777&pageName=item&returnUrl=%2Fip%2FWomen-s-Pro-Fitness-Sports-Tights-Stretch-Long-sleeve-Quick-drying-Compression-T-shirts-Running-Yoga-Training-Clothes%2F748885777%3Ffrom%3D%2Fsearch | Shenzhenshi Yiyuantai Dianzishangwu Youxian Gongsi - baoanqu shiyanjiedao gongyeyilu huikegongyeyuan6dongdongqu105 shenzhenshi, GD 518000, CN | 748885777 |